RECEIVED
SEP 2 1 2023
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:23-cr-056 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| IVAN DEAN JOSLIN, | ) | T. 18 U.S.C. § 1470 |
| | ) | T. 18 U.S.C. § 2252(a)(2) |
| Defendant. | ) | T. 18 U.S.C. § 2252(b)(1) |
| | ) | T. 18 U.S.C. § 2422(b) |
| | ) | T. 18 U.S.C. § 2253 |
| | ) | |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
**(Enticement and Attempted Enticement of a Minor to Engage in Illicit Sexual Activities)**

On or about May 28, 2023, in the Southern District of Iowa, the defendant, IVAN DEAN JOSLIN, did use a facility of interstate and foreign commerce to knowingly attempt to persuade, induce, entice, and coerce Minor Victim #1, an individual who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense, namely: Sexual Abuse in the Third Degree, in violation of Iowa Code Section 709.4.

This is a violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Receipt of Child Pornography)

On or about May 28, 2023, in the Southern District of Iowa, the defendant, IVAN DEAN JOSLIN, knowingly received visual depictions that had been shipped and transported in interstate or foreign commerce, by any means including by computer, the producing of such visual depictions having involved the use of a minor, that is, any person under the age of eighteen years, engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and said visual depictions being of such conduct.

This is a violation of Title 18, United States Code, Section 2252(a)(2) and 2252(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Transfer and Attempted Transfer of Obscene Material to a Minor)

On or about May 28, 2023, in the Southern District of Iowa, the defendant, IVAN DEAN JOSLIN, by using a facility and means of interstate and foreign commerce, did knowingly transfer and attempt to transfer obscene matter to another individual who had not attained the age of 16 years, namely, Minor Victim #1, knowing and believing that Minor Victim #1 had not attained the age of 16 years.

This is a violation of Title 18, United States Code, Section 1470.

**THE GRAND JURY FINDS:**

<u>NOTICE OF FORFEITURE</u>

Upon conviction of the offenses alleged in Counts 1, 2, or 3 of this Indictment, the defendant, IVAN DEAN JOSLIN, shall forfeit to the United States his interest in the following property:

a.   Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received or possessed in violation of Title 18, United States Code, Chapter 110.

b.   Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense including a Black Samsung Galaxy A53 SM-A536U IMEI: 354241401785870.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Shelly Sudmann
Assistant United States Attorney

3