IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:23-cr-56-RGE-WPK |
| v. | |
| IVAN DEAN JOSLIN, | **DEFENDANT'S SENTENCING MEMORANDUM** |
| Defendant. | |

Defendant Ivan Dean Joslin was charged in a three-count Indictment. He faces sentencing based on his guilty plea to Count 2, Receipt of Child Pornography. PSR ¶¶ 1, 3. Mr. Joslin faces a guideline range of 135 to 168 months imprisonment (total offense level 33, criminal history category I). PSR ¶ 91. The statutory minimum term of imprisonment is 5 years. *Id.* ¶ 90. The guideline range for supervised release is five years to life. *Id.* ¶ 95.

### I. EXHIBITS AND WITNESSES

Mr. Joslin does not intend to offer any testimony. He will offer an allocution statement as Exhibit A. Defense counsel is still awaiting the receipt of letters of support. Any that are received will be filed with the Court prior to sentencing.

### II. ISSUES AND OUTSTANDING PSR OBJECTIONS

There are no outstanding objections to the PSR.

### III. ARGUMENT AS TO SENTENCE

Mr. Joslin asks the Court to impose a sentence of 84 months based upon the following factors:

1. The use of a computer enhancement is no longer useful in distinguishing more serious from less serious offenses under this guideline. Almost all pornography is either produced or distributed by cell phone. Cell phones have become indispensable to

1

modern life.  Their use in these types of cases does nothing to distinguish the seriousness of the offense and does not justify the 27 months it adds to the low end of Mr. Joslin's guideline range.  PSR ¶ 25.  The range without the enhancement would be 108-135 months.

2. The images that are the subject matter of these charges were mere nudity and barely qualified as lascivious exhibition of the genitals.  There was no suggestive posing, no close-up images of the genitalia.   The images were less aggravating than most of the cases that come before the Court. PSR ¶ 12bb, cc&ee.

3. Mr. Joslin has zero criminal history points.  He has been regularly employed since graduating from high school.  PSR ¶ 37&78-80.

4. This case is similar to United States vs. Bownwyn Koory, 1:22-cr-00021 RGE-HCA, (S.D.IA).  Koory, who was in her early twenties, enticed two teenage boys into having sex.  One of the boys was fourteen years old.  She lied about her age and provided both boys with marijuana and one with LSD.  She transported both boys across state lines for the purpose of having sexual relations.  The Court imposed sentence of 84 months.

5. Mr. Joslin has not incurred any disciplinary violations and has availed himself of programming at the Pottawattamie County Jail.  His allocution statement shows deep remorse and understanding for the seriousness of his offense.  He has expressed a sincere desire for appropriate treatment to assist him in his rehabilitation.  PSR ¶ 9&10, Exhibit A.

**IV.    <u>CONCLUSION</u>**

Mr. Joslin requests the Court to impose sentence of 84 months.

        Respectfully submitted,

        FEDERAL DEFENDER'S OFFICE
        701 Pierce Street, Suite 400
        Sioux City, Iowa 51101-1036
        Telephone: (712) 252-4158
        E-mail: Mike_Maloney@fd.org

        By:  /s/ Michael F. Maloney
        MICHAEL F. MALONEY
        ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

    I hereby certify that on April 11, 2024, I electronically filed this document with the Clerk of Court using the ECF system, which will serve notice of its filing on the appropriate parties.

*/s/ Michael F. Maloney*