Case 1:23-cr-00056-RGE-WPK   Document 43-1   Filed 04/11/24   Page 1 of 1
United States v. Josten, 1:23-cr-56
Exhibit A

I know this is a serious matter and I am taking it very seriously and on that I would like to say that when I was first Incarcerated the first thing I did was ask if there was any classes or courses I could take while I was Incarcerated and I was told there wasn't any and that is what turned me to christianity and God and said take my hand and lead the way for better or for worse while I was incarcerated I had alot of time to think about what I did and that is one of the Hardest Demons that I have ever had to face and the Decisions and choices that I have made Haunt me to this day I know what I did was wrong and I have accepted that and I have forgiven myself for what I did but now I would like to ask the family for forgiveness on what I did and that I meant no harm In what I did and I feel terribly Horrific for what I did.